UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRINITY WORLD TRADING, INC., a Minnesota corporation, | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) Case No.: 4:25-cv-00090-RSB-CLR ) |
| ARL TRANSPORT, LLC, a Delaware Limited liability company; ARL LOGISTICS, LLC, a Delaware limited liability company; and VETERAN CARRIERS, INC., a Georgia corporation, | ) ) ) ) ) ) |
| Defendants | ) ) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in Local Rule 83.4 admission *pro hac vice* has been satisfied, Applicant Douglas A. Rubel request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of May, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION